**Chief Judge Ricardo S. Martinez**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUSTY MICHAEL HILL,<br><br>    Defendant/Judgment Debtor,<br><br>    and<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>    Garnishee. | NO. 2:17-CV-00032-RSM<br><br>(2:04-CR-00512-MJP-7)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Pacific Maritime Association, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Pacific Maritime Association filed an Answer on January 13, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Rusty Michael Hill (Mr. Hill), was an active employee who was paid weekly.

After notification of the garnishment proceeding was mailed to the parties on or about December 20, 2016, Defendant/Judgment Debtor Hill filed a request for a hearing, which he subsequently withdrew.

CONTINUING GARNISHEE ORDER (*USA v. Rusty Michael Hill and Pacific Maritime Association*, **2:17-CV-00032-RSM / 2:04-CR-00512-MJP-7) -1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Pacific Maritime Association, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Rusty Michael Hill, upon each period of time when Defendant/Judgment Debtor Hill is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Hill's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Hill's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:04-CR-00512-MJP-7 and 2:17-CV-00032-RSM, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

**CONTINUING GARNISHEE ORDER (***USA v. Rusty Michael Hill and Pacific Maritime Association*, **2:17-CV-00032-RSM / 2:04-CR-00512-MJP-7) -2**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 20 day of March 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Rusty Michael Hill and Pacific Maritime Association*, **2:17-CV-00032-RSM / 2:04-CR-00512-MJP-7) -3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970