# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RUSTY MICHAEL HILL,<br><br>　　Defendant/Judgment Debtor,<br><br>　and<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>　　　　　Garnishee. | NO. 2:17-cv-00032 RSM<br>(Previously 2:16-mc-00184RSL)<br><br>(2:04-CR-0512-7)<br><br>Order Terminating Garnishment Proceeding |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(C).

IT IS ORDERED that the garnishment is terminated and that Pacific Maritime Association is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Rusty Michael Hill and Pacific Maritime Association,* **USDC#: 2:17-CV-00032-RSL/2:04-CR-0512-7) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 3rd day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(*USA v. Rusty Michael Hill and Pacific Maritime Association,* USDC#: 2:17-CV-00032-RSL/2:04-CR-0512-7) - 2